# EXHIBIT A

xxx

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395 CIV Zlock/Snow

FREDRICK BLACK,

    Plaintiff,

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

### ORDER GRANTING AGREED MOTION OF DEFENDANT, APPLE INC., FOR AN ENLARGEMENT OF TIME TO SERVE A RESPONSE TO THE COMPLAINT

THIS CAUSE came before the Court on the Agreed Motion of Defendant, Apple Inc. ("Apple"), for an enlargement of time to and including October 15, 2007, to serve an answer, motion to dismiss or otherwise respond to the Plaintiff's Complaint ("Response"). The Court has considered the Agreed Motion and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Agreed Motion is Granted and that Apple shall have to and including October 15, 2007, to serve a Response to the Complaint.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this _____ day of October, 2007.

_____
William J. Zlock
United States District Judge

cc: See Attached Service List

MI:130626v1

Case 0:07-cv-61395-WJZ Document 5 Entered on FLSD Docket 10/02/2007 Page 4 of 4
Case 6:07-cv-02540-JCS Document 52 Filed 10/23/2007 Page 4 of 4

CASE NO.: 07-21186 CIV Zlock/Snow

SERVICE LIST

Janet T. Munn, Esq.
Florida Bar No. 501281
Epstein Becker & Green, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521
Cell: 305-450-6223
jmunn@ebglaw.com

*Attorneys for Apple Inc.*

Robert A. Mittelstaedt
ramittelstaedt@jonesday.com
Tracy M. Strong, Esq.
tstrong@jonesday.com
Lara Kollios
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700

*Of Counsel for Apple Inc.*

Edward R. Curtis, Esq.
Florida Bar No. 236845
erc@tripscott.com
William T. Cotterall
Florida Bar No. 574651
wtc@tripscott.com
Tripp, Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

*Attorneys for Plaintiff*

- 3 -

MI:130626v1