UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61395-CIV-ZLOCH

FREDRICK BLACK,

    Plaintiff,

vs.                      **O R D E R**

APPLE, INC., a foreign
corporation,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant Apple, Inc.'s Agreed Motion For Enlargement Of Time To Serve A Response To Plaintiff's Complaint (DE 5). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Agreed Motion For Enlargement Of Time To Serve A Response To Plaintiff's Complaint (DE 5) be and the same is hereby **GRANTED** and Defendant shall have up to and including Noon, October 12, 2007 in which to file its response to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_3rd\_\_\_ day of October, 2007.

                                      /s/ William J. Zloch
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:
All Counsel of Record