UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61395-CIV-ZLOCH

FREDERICK BLACK,

        Plaintiff,               **O R D E R**

vs.

APPLE, INC.,

        Defendant.

_____/

THIS MATTER is before the Court upon Defendant Apple, Inc.'s Agreed Motion And Memorandum Of Law For Leave To File Its Motion To Dismiss After Noon On October 12, 2007 And To Accept The Motion TO Dismiss As Timely Filed (DE 17). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant Apple, Inc.'s Agreed Motion And Memorandum Of Law For Leave To File Its Motion To Dismiss After Noon On October 12, 2007 And To Accept The Motion TO Dismiss As Timely Filed (DE 17) be and the same is hereby **GRANTED**; and

2. That Defendant Apple, Inc.'s Motion To Dismiss (DE 11) be and the same is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____15th_____ day of October, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record