UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61395-CIV-ZLOCH

FREDERICK BLACK

    Plaintiff,

vs.

APPLE, INC.

    Defendant.

_____/

**ORDER TRANSFERRING ACTION TO THE
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA**

THIS MATTER is before the Court upon Defendant's Motion To Transfer Or, In The Alternative, Stay All Proceedings (DE 12). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant's Motion To Transfer Or, In The Alternative, Stay All Proceedings (DE 12) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. To the extent that Defendant's Motion To Transfer Or, In The Alternative, Stay All Proceedings (DE 12) seeks to transfer the above-styled cause, it be and the same is hereby **GRANTED**;

2. The Clerk of the Court for the United States District Court, Southern District of Florida, is hereby **DIRECTED** to take all necessary steps and procedures to effect the expeditious transfer of the above-styled cause to the United States District Court for the Northern District of California for further proceedings; and

3. In all other respects the Defendant's aforementioned Motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of October, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record