UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61365-CV-ZLOCH

Frederick Black,

    Plaintiff(s),

v.

Apple, Inc.,

    Defendant(s),

| FILED by _____ D.C. |
|---|
| Oct 17, 2007 |
| CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. |

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on **10/17/2007**, the above-styled case is hereby transferred to the **Northern District of California**. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is [ ] a combined paper and electronic file or [ x ] an electronic file and the imaged documents can be accessed at the following web address:

**PACER.FLSD.USCOURTS.GOV**

DONE at the Federal Courthouse Square, Miami, Florida, this 17 day of October 2007.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____
Barbara Sohn
Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
301 N Miami Avenue, RM 150
Miami, FL 33128-7788

**Received By:** _____

**New Case No.** _____