UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK BLACK,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC. et al,<br><br>            Defendant.                    / | Case Number: CV07-05402 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Royce Curtis
Tripp Scott
110 SE 6th Street
15th Floor
P.O. Box 14245
Fort Lauderdale, FL 33302-4245

Janet T. Munn
Epstein, Becker & Green, P.C.
200 S Biscayne Boulevard
Suite 2100
Miami, FL 33131

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk