Robert A. Mittelstaedt #060359
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
tstrong@jonesday.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK BLACK,<br><br>      Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. C 07-05402 JCS<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

1   IT IS HEREBY STIPULATED that the above captioned action is voluntarily dismissed
2   with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their
3   own fees and costs.

5   Dated: November 19, 2007       TRIPP SCOTT

7                                   By: _____
8                                        William T. Cotterall
9                                   Attorneys for Plaintiff FREDRICK BLACK

13  Dated: November 19, 2007       JONES DAY

15                                  By: /s/ Robert A. Mittelstaedt
16                                       Robert A. Mittelstaedt
17                                  Attorneys for Defendant APPLE INC.

SFI-573877v1

1

STIPULATION OF
VOLUNTARY DISMISSAL
C 07-05402 JCS

Robert A. Mittelstaedt #060359
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
tstrong@jonesday.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FREDRICK BLACK,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**APPLE INC.,**<br><br>    **Defendant.** | Case No. C 07-05402 JCS<br><br>**PROOF OF SERVICE ON<br>NON-EFILING PARTIES** |

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California  94104.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On November 19, 2007, I served true and correct copies of the following document(s):

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

SFI-574113v1

1

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |

William T. Cotterall, Esq.
TRIPP, SCOTT, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, FL 33301

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 19, 2007, at San Francisco, California.

_____
Yumi Bennett

SFI-574113v1

2